**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In Re:

| | |
|---|---|
| JOHNNY FRANKLIN CHATMAN | CHAPTER    11 |
| AVIS CELESTE CHATMAN | CASE NO.:   3:10-bk-02032-JAF |
| Debtors. _____/ | |

**RULE 4001(d) NOTICE AND MOTION FOR APPROVAL OF ORDER DENYING RELIEF FROM STAY AND GRANTING ADEQUATE PROTECTION FILED BY THE CREDIT UNION OF TEXAS REGARDING A LEASED 2005 MERCEDES BENZ SL**

---

NOTICE OF OPPORTUNITY TO OBJECT
AND FOR HEARING

Pursuant to Local Rule 2002-4, and Title 11 USC 1301(c)(2), the Court will consider this Motion for Relief without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 No. Hogan Street. Suite 3-350, Jacksonville, FL  32202-4267 and serve a copy on the Movant's attorney, John G. Bianco III, Esquire, 110 SE 6th Street, 15th Floor, Fort Lauderdale, FL  33301.

If you file and serve an appropriate objection within the time permitted and the objection reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified.  Otherwise, the Court will consider the Motion and the responses on the papers without further notice of hearing.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

---

COMES NOW the Creditor, Credit Union of Texas ("Creditor") and the Debtors, Johnny Franklin Chatman and Avis Celeste Chatman (the "Debtors") who hereby give notice pursuant to Rule 4001(d), Federal Rules of Bankruptcy Procedure of the execution of the Order Denying Relief from Stay and Granting Adequate Protection attached hereto as **Exhibit A** (the "Order") [D.E. #108] regarding the Motion for Relief from Stay filed by the Credit Union of Texas [D.E. #33].  Creditor and Debtors move this honorable Court for the entry of an Order, substantially in the form attached hereto as Exhibit A [D.E. #108], approving adequate protection payments to the Creditor and in support of this Motion states as follows:

1. This is a core proceeding over which the Court has jurisdiction pursuant to 28 U.S.C. §157 and §1334.

2. On June 25, 2008, prior to the Petition date, the Credit Union of Texas, Debtors and the now defunct corporate Co-Lessee, Mickens Investment, Inc., executed a Motor Vehicle Lease Agreement (the "Lease") which allowed Debtors to lease of a **2005 MERCEDES-BENZ SL CLASS VIN WDBSK75F85F107003** (the "Leased Vehicle").

3. On March 15, 2010 Debtors filed a voluntary petition under Chapter 11 of Bankruptcy Code.

4. On April 13, 2010, Creditor filed a Motion for relief from the automatic stay for the Debtor's failure to make payments on the Leased Vehicle.

5. Creditor and Debtors (the "Parties") have entered into an agreement whereby the Debtors agree to make adequate protection payments to the Credit Union of Texas in order to retain possession of the Leased Vehicle according to the terms of the Order attached hereto as Exhibit A [D.E. #108].

6. The Parties believe the Order to be in the best interest of the Creditor, the Debtors and the bankruptcy estate.

7. Notice of this Motion has been provided and served pursuant to and in accordance with Rule 4001(d) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Credit Union of Texas and the Debtors respectfully ask this Court to grant this Motion and enter an Order in the form attached hereto as Exhibit A [D.E. #108] approving the agreement between the Parties.

> Tripp Scott, PA
> *Attorneys for the Creditor Credit Union of Texas*
> 110 SE 6th Street, 15th Floor
> Fort Lauderdale, Florida 33301
> bankruptcynoticecenter@trippscott.com
> (954) 525-7500
>
> /s/ John G. Bianco, III, Esquire
> John G. Bianco, III, Esquire
> Florida Bar Number 886955

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion with Exhibit A [D.E. #108] was furnished by electronic or U.S. Mail to, Johnny and Avis Chatman, P.O. Box 37948, Jacksonville, FL 32236; Bryan K. Mickler, Esquire at court@planlaw.com 545 Arlington Expressway, Jacksonville, FL 32211; Jill E. Kelso, Esquire at jill.kelso@usdoj.gov , Office of the United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801; as well as the 20 Largest Unsecured Creditors on the Attached list pursuant to Local Rule 1007-2 and, if applicable, Fed. R. Bankr. P. 1007(d), 2002 and 4001(d), on this **12th** day of **August, 2010**.

                                           /s/ *John G. Bianco, III*
                                           John G. Bianco, III, Esquire

## 20 LARGEST UNSECURED CREDITORS

American Home Mortgage Servicing, Inc.
4600 Regent Blvd., Suite 200
Irving, TX 75063

Americas Servicing Co.
P. O. Box 10328
Des Moines, IA 50306

BAC Home Loans Servicing
450 American St.
Simi Valley, CA 93065

Bank of America
P. O. Box 17054
Wilmington, DE 19850

Bank of America
P. O. Box 1598
Norfolk, VA 23501

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Bank of America Mortgage
P. O. Box 650064
Dallas, TX 75265-0064

Capital One
P. O. Box 85520
Richmond, VA 23285

Chase
P. O. Box 16298
Wilmington, DE 19850

Chase Manhattan Mortgage
10790 Rancho Bernardo Road
San Diego, CA 92127

Credit Union Services/Fair
8131 LBJ Freeway, Suite 400
Dallas, TX 75251

Elan Financial Service
P. O. Box 790084
Saint Louis, MO 63179

EMC Mortgage
P. O. Box 293150
Lewisville, TX 75029

FIA CSNA
P. O. Box 17054
Wilmington, DE 19850

GMAC Mortgage LLC
3451 Hammond Avenue
Waterloo, IA 50702

Loan Servicing Center
7079 Hayden Quarry Road
Lithonia, GA 30038

Specialized Loan Services
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129