UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In Re:

JOHNNY FRANKLIN CHATMAN           CHAPTER   11
AVIS CELESTE CHATMAN              CASE NO.: 3:10-bk-02032-JAF

    Debtors.
_____/

## *AMENDED* RULE 4001(d) NOTICE AND MOTION FOR APPROVAL OF STIPULATION FOR ADEQUATE PROTECTION

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4 the Court will consider this Motion for Approval of Stipulation for Adequate Protection without further notice or hearing unless a party in interest files an objection within fifteen (15) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 No. Hogan Street, Suite 3-350, Jacksonville, FL 32202-4267 and serve a copy on the Movant's attorney, John G. Bianco III, Esquire, 110 SE 6th Street, 15th Floor, Fort Lauderdale, FL 33301.

If you file and serve an appropriate objection within the time permitted and the objection reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified. Otherwise, the Court will consider the Motion and the responses on the papers without further notice of hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

---

      Credit Union of Texas ("Creditor") and the Debtors, Johnny Franklin Chatman and Avis Celeste Chatman (the "Debtors") hereby give notice pursuant to Rule 4001(d), Federal Rules of Bankruptcy Procedure of the execution of the Stipulation attached hereto (the "Stipulation") regarding the Motion for Relief from Stay [D.E. #33] filed by the Credit Union of Texas. Creditor and Debtors move this honorable Court for the entry of an Order, substantially in the form attached hereto (the "Order") approving the Stipulation for Adequate Protection Payments to the Creditor and in support of this Motion states as follows:

    1.    This is a core proceeding over which the Court has jurisdiction pursuant to 28 U.S.C. §157 and §1334.

2. On June 25, 2008, prior to the Petition date, the Credit Union of Texas, Debtors and the now defunct corporate Co-Lessee, Mickens Investment, Inc., executed a Motor Vehicle Lease Agreement (the "Lease") which allowed Debtors to lease of a **2005 MERCEDES-BENZ SL CLASS VIN WDBSK75F85F107003** (the "Vehicle").

3. On March 15, 2010 Debtors filed a voluntary petition under Chapter 11 of Bankruptcy Code.

4. On April 13, 2010, Creditor filed a Motion for relief from the automatic stay for the Debtor's failure to make payments on the Leased Vehicle.

5. Creditor and Debtors (the "Parties") have entered into a Stipulation whereby the Debtors agree to make adequate protection payments to the Credit Union of Texas in order to retain possession of the Vehicle according to the terms of the Stipulation attached hereto.

6. The Parties believe the Stipulation to be in the best interest of the Creditor, the Debtors and the bankruptcy estate.

7. Notice of this Motion has been provided and served pursuant to and in accordance with Rule 4001(d) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Credit Union of Texas and the Debtors respectfully ask this Court to grant this Motion and enter an Order in the form attached hereto approving the Stipulation of the Parties.

Tripp Scott, PA
*Attorneys for the Creditor Credit Union of Texas*
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
bankruptcynoticecenter@trippscott.com
(954) 525-7500

*/s/ John G. Bianco, III, Esquire*
John G. Bianco, III, Esquire
Florida Bar Number 886955

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Amended* Notice and Motion, Stipulation and proposed Order were furnished by electronic or U.S. Mail to Johnny and Avis Chatman, P.O. Box 37948, Jacksonville, FL 32236; Bryan K. Mickler, Esquire at court@planlaw.com 545 Arlington Expressway, Jacksonville, FL 32211; Jill E. Kelso, Esquire at jill.kelso@usdoj.gov , Office of the United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801; as well as the 20 Largest Unsecured Creditors on the Attached list pursuant to Local Rule 1007-2 and 4001(d), on this **17**[th] day of **September, 2010**.

> */s/ John G. Bianco, III*
> John G. Bianco, III, Esquire

# 20 LARGEST UNSECURED CREDITORS

American Home Mortgage Servicing, Inc.
4600 Regent Blvd., Suite 200
Irving, TX 75063

Americas Servicing Co.
P. O. Box 10328
Des Moines, IA 50306

BAC Home Loans Servicing
450 American St.
Simi Valley, CA 93065

Bank of America
P. O. Box 17054
Wilmington, DE 19850

Bank of America
P. O. Box 1598
Norfolk, VA 23501

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Bank of America Mortgage
P. O. Box 650064
Dallas, TX 75265-0064

Capital One
P. O. Box 85520
Richmond, VA 23285

Chase
P. O. Box 16298
Wilmington, DE 19850

Chase Manhattan Mortgage
10790 Rancho Bernardo Road
San Diego, CA 92127

Credit Union Services/Fair
8131 LBJ Freeway, Suite 400
Dallas, TX 75251

Elan Financial Service
P. O. Box 790084
Saint Louis, MO 63179

EMC Mortgage
P. O. Box 293150
Lewisville, TX 75029

FIA CSNA
P. O. Box 17054
Wilmington, DE 19850

GMAC Mortgage LLC
3451 Hammond Avenue
Waterloo, IA 50702

Loan Servicing Center
7079 Hayden Quarry Road
Lithonia, GA 30038

Specialized Loan Services
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

```
Label Matrix for local noticing          Amercian Home Mortgage Servicing Inc.   America's Servicing Co.
113A-3                                   c/o Marinosci Law Group, PA              c/o Scott Weiss
Case 3:10-bk-02032-JAF                   Bart T. Heffernan, Esq.                  1800 NW 495h St., Ste. 120
Middle District of Florida               100 West Cypress Creek Road, Ste 1045    Ft. Lauderdale, FL 33309
Jacksonville                             Ft. Lauderdale, FL 33309-2191
Fri Sep 17 18:04:57 EDT 2010

American Home Mortgage Servicing, Inc    Americas Servicing Co                   Bac Home Loans Servici
c/o Joe Lozano                           Po Box 10328                            450 American St.
1525 S. Beltline Rd Suite 100N           Des Moines, IA 50306-0328               Simi Valley, CA 93065-6285
Coppell, TX 75019-4913


Bank Of America                          Bank Of America                         Bank Of America
PO Box 1598                              PO Box 17054                            4161 Piedmont Pkwy
Norfolk, VA 23501-1598                   Wilmington, DE 19850-7054               Greensboro, NC 27410-8119



Bank of America                          Bank of America Mortgage                Bayview Loan Servicing
c/o Florida Default Law Group            P O Box 650064                          c/o Josh D. Donnelly
Elizabeth T. Frau                        Dallas, TX 75265-0064                   9204 King Palm Drive
PO Box 25018                                                                     Tampa, FL 33619-1328
Tampa, FL   33622-5018

Capital One                              Chase                                   Chase Manhattan Mortga
PO Box 85520                             PO Box 15298                            10790 Rancho Bernardo Rd
Richmond, VA 23285-5520                  Wilmington, DE 19850-5298               San Diego, CA 92127-5705



Credit Union Svcs/Fair                   Credit Union of Texas                   EMC Mortgage Corporation
8131 Lbj Fwy Ste 400                     c/o Robert Fehse                        Law Offices of Marshall C. Watson, P.A
Dallas, TX 75251-4601                    88 Union Avenue, Suite 700              1800 N.W 49th Street, Suite 120
                                         Memphis, TN 38103-5128                  Fort Lauderdale, FL 33309-3092



Elan Financial Service                   Emc Mortgage                            FIA CSNA
Po Box 790084                            Po Box 293150                           PO Box 17054
Saint Louis, MO 63179-0084               Lewisville, TX 75029-3150               Wilmington, DE 19850-7054



Gmac Mortgage Llc                        Green Tree Servicing, LLC               Loan Servicing Center
3451 Hammond Ave                         c/o Frederick DiSpigna                  Direct Loan Servicing Center
Waterloo, IA 50702-5300                  900 S. Pine Island Rd., Ste. 400        Borrower Services Dept.
                                         Plantation, FL 33324-3920               PO Box 5609
                                                                                 Greenville, Texas  75403-5609


MIKE HOGAN, TAX COLLECTOR                Specialized Loan Servi                  Specialized Loan Servicing, LLC
C/O EDWARD C. TANNEN                     8742 Lucent Blvd Ste 300                c/o Prober & Raphael, ALC
ASSISTANT GENERAL COUNSEL                Highlands Ranch, CO 80129-2386          20750 Ventura Blvd, Ste 100
117 WEST DUVAL STREET, #480                                                      Woodland Hills, CA 91364-6207
JACKSONVILLE, FL 32202-3734


The Bank of New York Mellon Trust Co.    U.S. Bank National                      Wells Fargo Bank
c/o Antonio Alonso                       c/o Lisa Ehrenreich                     c/o Florida Default Law Group
1800 NW 49th Street Suite 120            2901 Stirling Road, Ste 300             Elizabeth T. Frau
Fort Lauderdale, FL 33309-3092           Fort Lauderdale, FL 33312-6529          PO Box 25018
                                                                                 Tampa, FL  33622-5018
```

Wells Fargo Bank, N.A., as Trustee
c/o Albertelli Law
600 North Westshore Boulevard
Suite 400
Tampa, FL 33609-1145

Wells Fargo Bank, National Association, as T
c/o Rosicki, Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

End of Label Matrix
Mailable recipients 31
Bypassed recipients 0
Total 31

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In Re:

JOHNNY FRANKLIN CHATMAN     CHAPTER    11
AVIS CELESTE CHATMAN          CASE NO.:   3:10-bk-02032-JAF

      Debtors.
_____/

## STIPLULATION FOR ADEQUATE PROTECTION PAYMENTS BETWEEN DEBTORS AND THE CREDIT UNION OF TEXAS REGARDING A LEASED 2005 MERCEDES BENZ SL

The Credit Union of Texas ("Creditor") and the Debtors, Johnny and Avis Chatman (the "Debtors") agree as follows:

1. Johnny and Avis Chatman are the Debtors and Debtors-in-Possession pursuant to 11 U.S.C. §1107 of the Bankruptcy Code having filed a Petition pursuant to Chapter 11 of the Bankruptcy Code on March 15, 2010.

2. On June 25, 2008, Debtors and the now defunct corporate Co-Lessee, Mickens Investment, Inc., executed and delivered to Creditor a Motor Vehicle Lease Agreement (the "Lease") which allowed Debtors to lease a **2005 MERCEDES-BENZ SL CLASS VIN WDBSK75F85F107003** (the "Vehicle") the terms of which is more fully described in the Motion for Relief from Stay [D.E. #33] filed by Creditor on April 13, 2010.

3. Pursuant to the terms of the Lease, Debtors agreed to pay the sum of sixty five Thousand Six Hundred Thirty and 00/100 Dollars ($65,630.00) in monthly installments of $1,085.50 over a period of five (5) years or sixty (60) months.

4. Creditor's interest and lien on the Vehicle was perfected by issuance of the Certificate of Title issued by the state of Florida on June 8, 2005.

5. The Debtors are in default on the terms of the Lease between the Parties.

6. As of the Petition date, Debtors owed the Credit Union of Texas the sum of Forty Seven Thousand Five Hundred Forty Two and 90/100 Dollars ($47,542.90) for which Creditor timely filed its proof of claim.

7. Debtors believe that the Vehicle is necessary for an effective reorganization and wish to retain possession of it.

8. The Parties stipulate and agree that Debtors may continue the use and enjoyment of the Vehicle and that such Lease will be converted to a retail financing agreement and Creditor will have a secured claim valued at Thirty Five Thousand Five Hundred Ninety Five and 50/100 Dollars ($35,595.50) provided that adequate protection payments are made to Creditor at the rate of 5% over 60 months until Creditor is paid in full.

9. The payments due under the terms of this Stipulation shall be made on the first (1st) days of each month, commencing August 1, 2010. The payments shall be made to: the Credit Union of Texas, PO Box 5515718, Dallas, TX 75251-5718.

10. The Debtors agree to allow inspection of the subject Vehicle as required by the contract between the Parties.

11. Debtors agree to maintain casualty insurance on the Vehicle and to provide proof of such insurance to Counsel for the Creditor within fifteen (15) days of any written request in the future by Creditor, as required by the contract between the Parties.

12. Credit Union of Texas shall be entitled to *in rem* relief from the automatic stay if Debtors should become delinquent in payments or otherwise fail to comply with the terms of this Stipulation ("Default") after ten (10) days written notice by Creditor. Written Notice shall include emailed Notice to Counsel for the Debtors. If Debtors fail to cure such Default within ten (10) days of written notice, Credit Union of Texas shall be entitled to relief from the automatic stay upon the filing of an Affidavit setting forth the details of the Default.

Bryan K. Mickler, Esquire
Law Offices of Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211
FBN
Tel: 904-725-0822
Email: court@planlaw.com

John G. Bianco, III, Esquire
Tripp Scott, PA
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
FBN 886955
Tel: 954-525-7500
Email: bankruptcynoticecenter@trippscott.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In Re:

JOHNNY FRANKLIN CHATMAN           CHAPTER   11
AVIS CELESTE CHATMAN               CASE NO.:   3:10-bk-02032-JAF

       Debtors.
_____/

### ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION BETWEEN CREDIT UNION OF TEXAS AND DEBTORS

       This case came before the Court on the Motion by Credit Union of Texas for approval of the Stipulation with the Debtors [D.E. #__] (the "Motion"). The Parties have filed a Stipulation which provides for adequate protection payments to be made by Debtors to the Credit Union of Texas. The Court having reviewed the Motion finds that notice was proper pursuant to Local Rule 2002-4 notice of the proposed Stipulation and of the opportunity to object to same was furnished to the Rule 1007(d) List of Creditors and parties in interest on _____.
No objections were received. The Court therefore considers the matter to be unopposed.

       It is **ORDERED** that:

1.      The Motion is GRANTED.

2.      The Stipulation is approved in its entirety.

3.      The Parties to the Stipulation are authorized to execute such other documents and take sure further action as may be reasonable required to effectuate the transactions contemplated by the Stipulation.

4.      The Court reserves jurisdiction over the interpretation of this Order and the relief granted herein.

 

                                                                       Jerry A. Funk
                                                                       United States Bankruptcy Judge

Copies to:
Johnny and Avis Chatman, P.O. Box 37948, Jacksonville, FL 32236
Bryan K. Mickler, Esquire, 545 Arlington Expressway, Jacksonville, FL 32211
Jill E. Kelso, Esquire, Office of the United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801
John G. Bianco, III, Esquire, 110 SE 6th Street, 16th Floor, Fort Lauderdale, FL 33301
Rule 1007(d) attached List of Creditors and Parties in Interest

```
Label Matrix for local noticing              Amercian Home Mortgage Servicing Inc.   America's Servicing Co.
113A-3                                       c/o Marinosci Law Group, PA             c/o Scott Weiss
Case 3:10-bk-02032-JAF                       Bart T. Heffernan, Esq.                 1800 NW 495h St., Ste. 120
Middle District of Florida                   100 West Cypress Creek Road, Ste 1045   Ft. Lauderdale, FL 33309
Jacksonville                                 Ft. Lauderdale, FL 33309-2191
Fri Sep 17 18:04:57 EDT 2010

American Home Mortgage Servicing, Inc        Americas Servicing Co                   Bac Home Loans Servici
c/o Joe Lozano                               Po Box 10328                            450 American St.
1525 S. Beltline Rd Suite 100N               Des Moines, IA 50306-0328               Simi Valley, CA 93065-6285
Coppell, TX 75019-4913


Bank Of America                              Bank Of America                         Bank Of America
PO Box 1598                                  PO Box 17054                            4161 Piedmont Pkwy
Norfolk, VA 23501-1598                       Wilmington, DE 19850-7054               Greensboro, NC 27410-8119


Bank of America                              Bank of America Mortgage                Bayview Loan Servicing
c/o Florida Default Law Group                P O Box 650064                          c/o Josh D. Donnelly
Elizabeth T. Frau                            Dallas, TX 75265-0064                   9204 King Palm Drive
PO Box 25018                                                                         Tampa, FL 33619-1328
Tampa, FL  33622-5018


Capital One                                  Chase                                   Chase Manhattan Mortga
PO Box 85520                                 PO Box 15298                            10790 Rancho Bernardo Rd
Richmond, VA 23285-5520                      Wilmington, DE 19850-5298               San Diego, CA 92127-5705


Credit Union Svcs/Fair                       Credit Union of Texas                   EMC Mortgage Corporation
8131 Lbj Fwy Ste 400                         c/o Robert Fehse                        Law Offices of Marshall C. Watson, P.A
Dallas, TX 75251-4601                        88 Union Avenue, Suite 700              1800 N.W 49th Street, Suite 120
                                             Memphis, TN 38103-5128                  Fort Lauderdale, FL 33309-3092


Elan Financial Service                       Emc Mortgage                            FIA CSNA
Po Box 790084                                Po Box 293150                           PO Box 17054
Saint Louis, MO 63179-0084                   Lewisville, TX 75029-3150               Wilmington, DE 19850-7054


Gmac Mortgage Llc                            Green Tree Servicing, LLC               Loan Servicing Center
3451 Hammond Ave                             c/o Frederick DiSpigna                  Direct Loan Servicing Center
Waterloo, IA 50702-5300                      900 S. Pine Island Rd., Ste. 400        Borrower Services Dept.
                                             Plantation, FL 33324-3920               PO Box 5609
                                                                                     Greenville, Texas  75403-5609


MIKE HOGAN, TAX COLLECTOR                    Specialized Loan Servi                  Specialized Loan Servicing, LLC
C/O EDWARD C. TANNEN                         8742 Lucent Blvd Ste 300                c/o Prober & Raphael, ALC
ASSISTANT GENERAL COUNSEL                    Highlands Ranch, CO 80129-2386          20750 Ventura Blvd, Ste 100
117 WEST DUVAL STREET, #480                                                          Woodland Hills, CA 91364-6207
JACKSONVILLE, FL 32202-3734


The Bank of New York Mellon Trust Co.        U.S. Bank National                      Wells Fargo Bank
c/o Antonio Alonso                           c/o Lisa Ehrenreich                     c/o Florida Default Law Group
1800 NW 49th Street Suite 120                2901 Stirling Road, Ste 300             Elizabeth T. Frau
Fort Lauderdale, FL 33309-3092               Fort Lauderdale, FL 33312-6529          PO Box 25018
                                                                                     Tampa, FL  33622-5018
```

Wells Fargo Bank, N.A., as Trustee
c/o Albertelli Law
600 North Westshore Boulevard
Suite 400
Tampa, FL 33609-1145

Wells Fargo Bank, National Association, as T
c/o Rosicki, Rosicki & Associates, P.C.
51 East Bethpage Road
Plainview, NY 11803-4224

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31