UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In Re:

JOHNNY FRANKLIN CHATMAN           CHAPTER    11
AVIS CELESTE CHATMAN              CASE NO.:  3:10-bk-02032-JAF

       Debtors.
_____/

## ORDER APPROVING JOINT STIPULATION
## OF CREDIT UNION OF TEXAS AND DEBTORS

This case is before the Court upon an Amended Motion for Approval of Joint Stipulation between The Credit Union of Texas and the Debtors [D.E. #134]. No objections having been filed after Rule 4001(d) Notice, it is

**ORDERED** that:

The Joint Stipulation is approved.

**DATED** this 18th day of October, 2010 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Debtor: Johnny and Avis Chatman, P.O. Box 37948, Jacksonville, FL 32236
Attorney for Debtor: Bryan K. Mickler, Esquire, 545 Arlington Expressway, Jacksonville, FL 32211
Attorney for Creditor: John G. Bianco, III, Esquire, 110 SE 6th Street, 16th Floor, Fort Lauderdale, FL 33301
U.S. Trustee: Jill E. Kelso, Esquire, Office of the U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801
Rule 1007(d) List